UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON WARD, | No. 2:24-cv-0158 AC P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Pending before the court is plaintiff's request for an order granting him law library access that is equivalent to that provided to a criminal pro per inmate. ECF No. 18. Plaintiff indicates general access to the law library is twice a month whereas pro per access is once a week. Id. at 1. He needs more access to the law library because his case has proceeded past screening and will move at a faster pace. Id. at 1. He was told he needs to ask the court for an order granting him more access. Id.

The constitutional right of access to the courts requires prison authorities to provide prisoners with adequate law libraries or other resources. See Bounds v. Smith, 430 U.S. 817, 828 (1977). Right of access to the courts is only violated when inmate is prejudiced with respect to contemplated or existing litigation, such as the inability to meet a filing deadline or present a nonfrivolous claim. Lewis v. Casey, 518 U.S. 343, 346 (1996).

Here, there is no indication that plaintiff is receiving less access to the law library

1

resources than he is constitutionally entitled to. The court notes that the United States Marshalls were recently directed to effect service on defendants Edwards, Griggs, and Vickers. Once service is complete, an answer is filed, and if settlement efforts are unsuccessful, the court will issue a discovery and scheduling order. The scheduling order will set various deadlines. At that time, plaintiff may use the scheduling order and/or any other court order setting a deadline in this case to gain pro per access to the law library. If, at that time, access to the law library is impeded, plaintiff may file a new motion explaining why he believes his access to the law library is constitutionally deficient and how it has prevented him from meeting a filing deadline or pursuing a nonfrivolous claim.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for law library access (ECF No. 18) is denied.

DATED: August 4, 2025

      /s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE