UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON WARD, | No. 2:24-cv-0158 AC P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motion to substitute and request for order mandating service. ECF Nos. 30, 32.

Plaintiff's motion to substitute asks the court to substitute Melanie Marino for defendant Edwards based on Edwards' answer to the complaint, which notes defendant Edwards' correct name is Melanie Marino. ECF No. 30. Upon review of the waiver of service, which also notes Melanie Marino (also known as detective Edwards, Badge #712) waives service, and the answer to the complaint, similarly noting Melanie Marino erroneously sued as Detective Edwards, the court will grant plaintiff's motion to the extent it seeks to update the docket to reflect the following: "Defendant Melanie Marino (aka Edwards)." Because Melanie Marino and Edwards appear to be the same person, substitution is not necessary.

Plaintiff's request for an order mandating service asks the court to order defendant

1

Vickers to comply with Federal Rule of Civil Procedure 5 and serve plaintiff with a copy of the motion to dismiss, which was filed November 4, 2025.  ECF No. 32; see ECF No. 28.  Plaintiff explains that a family member reviewed the docket and informed him that a motion to dismiss was filed but he has not received a copy.  ECF No. 32 at 2.  Plaintiff also notes that on November 5, 2025, he mailed a first set of interrogatories to defendant Vickers.  Id. at 1.  Because it appears plaintiff has not been served with a copy of defendant Vicker's motion to dismiss, the court will grant plaintiff's motion.  Defendant Vickers will be ordered to serve plaintiff a copy of the motion to dismiss within seven days from the date of service of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to substitute (ECF No. 30) is GRANTED IN PART as follows.  The Clerk of the Court is directed update the docket to reflect defendant Edwards' name as "Defendant Melanie Marino (aka Edwards)."  All further references to defendant Edwards by the court will reflect the same. The motion is otherwise denied.

2. Plaintiff's request for service (ECF No. 32) is GRANTED.  Defendant Vickers shall serve plaintiff with the motion to dismiss (ECF No. 28) within seven (7) days from the date of service of this order.

3. Plaintiff shall file an opposition to the motion to dismiss or statement of non-opposition is due no later than twenty-one (21) days from the date of service of defendant Vickers' motion to dismiss.  Defendant Vickers' may file a reply, if any, within fourteen (14) days of service of plaintiff's opposition or statement of non-opposition.

DATED: December 22, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE