UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON WARD,<br>Plaintiff,<br>v.<br>COUNTY OF SACRAMENTO, et al.,<br>Defendants. | No. 2:24-cv-0158 AC<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The case was referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

I. Motion for Sanctions

Before the court is plaintiff's motion for sanctions for non-service. ECF No. 36. Defendant Angela Vickers filed a motion to dismiss the operative First Amended Complaint on November 4, 2025. ECF No. 28. That motion remains pending. Plaintiff asked the court for an order requiring Vickers to serve the motion upon him in accordance with Fed. R. Civ. P. 5, which the court granted on December 22, 2025. ECF No. 33. Vickers filed a certificate of service with the court indicating plaintiff had been served with the motion on December 23, 2025. ECF No. 35. On January 20, 2026, plaintiff filed the motion at bar, seeking sanctions against Vickers for non-service. ECF No. 36. In the motion, plaintiff acknowledges that the certificate of service

was filed, but states that he did not receive the document through the prison mail. Id. at 1. However, the subject of plaintiff's request is not that he did not receive the mail, but that he noticed the certificate of service referred not only to the motion to dismiss, but to a motion to strike pursuant to Fed. R. Civ. P. 12(f), and he has not received a separate motion to strike. Id. at 2. The court has reviewed the certificate of service (ECF No. 35) and it does not reference a motion to strike. There is no separate motion to strike on the record. Defendant Vickers acknowledges that the original certificate of service erroneously referenced a motion to strike but confirms that there is no separate motion to strike, and the re-filed certificate contains no such reference. ECF No. 40. Accordingly, plaintiff's motion (ECF No. 36) is DENIED.

## II. Miscellaneous Discovery Motions

Plaintiff has filed multiple discovery motions in this case. ECF No. 50 (request for subpoena), 53 (request for subpoena), 55 (request for subpoena), 60 (motion to compel), 64 (request for subpoena), and 66 (motion to compel). A motion to dismiss is pending, and no Discovery and Scheduling Order has been issued in this case. Accordingly, the discovery phase of litigation has not yet begun. Plaintiff's discovery motions (ECF Nos. 50, 53, 55, 60, 64, and 66) are therefore DENIED without prejudice as premature. Plaintiff is instructed not to file any additional discovery requests until a Discovery and Scheduling Order has been issued.

IT IS SO ORDERED.

DATED: August 12, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE